Robin L. Dugas, Esq. - SBN 022860
**DAVIS FAAS BLASE PLLC**
11111 North Scottsdale Road, Suite 225
Scottsdale, Arizona 85254-6732
Phone: (602) 279-1900
Fax: (602) 279-1920
E-Mail: Robin.Dugas@dfblawyers.com
Website: www.dfblawyers.com
Withdrawing Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:18-bk-00434-DPC |
| JOSEPH JOHN NICKERSON, | Chapter 7 |
| Debtor. | **APPLICATION FOR ORDER AUTHORIZING DAVIS FAAS BLASE, PLLC TO WITHDRAW AS COUNSEL FOR DEBTOR** |

Robin L. Dugas, Esq. (022860) and the law firm of DAVIS FAAS BLASE, PLLC (collectively, "DFB"), attorney for Joseph John Nickerson ("Debtor"), hereby respectfully request this Court issue an order authorizing DFB to withdraw as counsel pursuant to Local Bankruptcy Rule 9010-1(b). In support of this Application, DFB represents:

1. The Debtor filed his bankruptcy petition on January 16, 2018.

2. The Debtor and DFB have irreconcilable differences regarding the firm's services and DFB believes that it is in the Debtor's best interests if DFB were to withdraw as counsel of record.

4. The last known mailing address, email address, and telephone number for the Debtor are as follows:

>Joseph John Nickerson
>21171 North 80th Way
>Scottsdale, AZ 85255
>(480) 540-9858
>Joseph@JosephNickerson.com

5. This Application is supported by the attached Certification of Robin L. Dugas detailing compliance with Local Bankruptcy Rule 9010-1(b). The Certification is attached hereto as **Exhibit A** and incorporated herein by reference.

WHEREFORE, Davis Faas Blase, PLLC requests that the Court enter an Order authorizing Davis Faas Blase, PLLC to withdraw as counsel for Debtor in the above-captioned bankruptcy case.

DATED this 30th day of May, 2018.

**DAVIS FAAS BLASE PLLC**

By: /s/ Robin L. Dugas
Robin L. Dugas
11111 N. Scottsdale Rd.
Suite 225
Scottsdale, Arizona 85254
Withdrawing Attorneys for Debtor

Case 2:18-bk-00434-DPC    Doc 52    Filed 05/30/18    Entered 05/30/18 13:46:47    Desc
Main Document    Page 2 of 7

| 1 | ORIGINAL filed via the U.S. Bankruptcy Court's ECF system this ____ day of May, 2018. |
|---|---|
| 2 | |
| 3 | COPY of the foregoing was mailed this ____ day of May, 2018, to: |
| 4 | Office of the U.S. Trustee |
| 5 | 230 North First Avenue<br>Suite 204 |
| 6 | Phoenix, Arizona 85003 |
| 7 | Dina L. Anderson, Chapter 7 Trustee<br>21001 N. Tatum Blvd., Suite 1630-608 |
| 8 | Phoenix, AZ 85050 |
| 9 | /s/ Robin L. Dugas |
| 10 | Robin L. Dugas |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Case No. 2:18-bk-00434-DPC |
|---|---|
| JOSEPH JOHN NICKERSON, | Chapter 7 |
| Debtor. | **(PROPOSED) ORDER AUTHORIZING DAVIS FAAS BLASE, PLLC TO WITHDRAW AS COUNSEL FOR DEBTOR** |

Upon Application for Order Authorizing Davis Faas Blase, PLLC to Withdraw as Counsel for Debtor (the "Application"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** approving the Application and authorizing Davis Faas Blase, PLLC to withdraw from the representation of Debtor.

**IT IS FURTHER ORDERED** that all subsequent pleadings shall be sent to the following address:

Joseph John Nickerson
21171 North 80th Way
Scottsdale, AZ 85255
(480) 540-9858
Joseph@JosephNickerson.com

**DATED AND SIGNED ABOVE.**

# Exhibit A

Robin L. Dugas, Esq. - SBN 022860
**DAVIS FAAS BLASE PLLC**
11111 North Scottsdale Road, Suite 225
Scottsdale, Arizona 85254-6732
Phone: (602) 279-1900
Fax: (602) 279-1920
E-Mail: Robin.Dugas@dfblawyers.com
Website: www.dfblawyers.com
Withdrawing Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> JOSEPH JOHN NICKERSON, <br><br> Debtor. | Case No. 2:18-bk-00434-DPC <br><br> Chapter 7 <br><br> **CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(B)** |

I, Robin L. Dugas, an attorney with the law firm Davis Faas Blase, PLLC ("DFB"), hereby certify that:

1. I am an attorney with DFB, the counsel for Joseph John Nickerson ("Debtor"), in the above-captioned bankruptcy case.

2. The Debtor and DFB have irreconcilable differences regarding the firm's services and DFB believes that it is in the Debtor's best interests if DFB were to withdraw as counsel of record.

3. I have advised the Debtor of the status of his case in writing, including his obligation to respond to the subpoenas issued related to the pending 2004 examinations,

and attendance at the 2004 Examinations currently scheduled for June 6, 2018, at 10:00 a.m., at Guttilla Murphy Anderson, 5415 E. High St, Ste. 200, Phoenix, Arizona 85054.

DATED this 30th day of May, 2018.

DAVIS FAAS BLASE, PLLC

By: /s/ Robin L. Dugas
Robin L. Dugas
11111 N. Scottsdale Rd.
Suite 225
Scottsdale, Arizona 85254
Withdrawing Attorneys for Debtor