SO ORDERED.

Dated: July 11, 2018

Daniel P. Collins, Bankruptcy Judge
_____

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

Joseph John Nickerson,

Debtor.

Case No. 2:18-bk-00434-DPC

Chapter 7

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019 BETWEEN TRUSTEE AND DEBTOR**

Based upon the *Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019 Between Trustee and Debtor* (the "Motion"), filed by Dina L. Anderson, Chapter 7 Trustee herein (the "Trustee"), requesting the approval of the settlement agreement between Trustee and Joseph John Nickerson ("Debtor") to resolve claims that the Trustee has, or may have, related to the Unexplained Withdrawals made by Debtor pre-petition, to which no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1.    Granting the Motion and Approving the Settlement Agreement; and

2.    In full and final settlement of the claim as set forth in the Motion, the Debtor shall pay the estate the total sum of $10,000.00 to the Trustee, via certified funds, consisting of an initial payment of $1,000.00 followed by six (6) monthly payments in the amount of $1,500.00, on the terms and conditions set forth in the settlement agreement.

**DATED AND SIGNED ABOVE**